**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1729**

_____

In re: DEANDRE JOHNSON,

          Petitioner.

_____

On Petition for Writ of Mandamus.  (2:20-cv-00474-RAJ-LRL)

_____

Submitted:  September 9, 2021           Decided:  September 13, 2021

_____

Before MOTZ, KING, and WYNN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Deandre Johnson, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deandre Johnson petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2254 petition. He seeks an order from this court directing the district court to grant his unconditional release and bar his retrial in state court.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. *Murphy-Brown*, 907 F.3d at 795.

The relief sought by Johnson is not available by way of mandamus. The present record does not reveal undue delay by the district court. Moreover, insofar as Johnson seeks an order directing the district court to grant habeas relief, Johnson has not demonstrated a clear right to such relief. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*